

# NUMBER 13-12-00511-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CINTAS CORPORATION,** **Appellant,**

**v.**

**DAVID ARELLANO, INDIVIDUALLY,**
**D/B/A LAS COMADRES RESTAURANT,** **Appellee.**

---

**On appeal from the County Court at Law**
**Number Two of Cameron County, Texas.**

---

# ORDER ABATING APPEAL

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

Appellant Cintas Corporation's appeal is currently pending in this Court. The record shows that Cintas Corporation properly requested that the trial court file findings of fact and conclusions of law in support of its judgment. *See* TEX. R. CIV. P. 296, 297. In requesting findings of fact and conclusions of law, Cintas Corporation timely complied

with the procedure set forth in Texas Rules of Civil Procedure 296 and 297.   *See* TEX. R. CIV. P. 296, 297.   However the record on appeal shows that, to date, the trial court has not complied with its mandatory duty to file findings of fact and conclusions of law in support of its judgment.

We therefore ABATE the appeal and REMAND this matter to the trial court for further proceedings consistent with this order.   *See Brooks v. Housing Auth. of City of El Paso*, 926 S.W.2d 316, 319 (Tex. App.—El Paso 1996, no writ) ("[W]henever possible, appellate courts should attempt to remedy the absence of findings and conclusions by abating the appeal and remanding to the trial judge for entry of findings and conclusions, so that the appeal can be handled in a normal manner"); *see also* TEX. R. APP. P. 44.4(a)(2).   Upon remand, the trial court is directed to:   (1) immediately cause notice to be given and conduct a hearing regarding findings of fact and conclusions of law; (2) make and file appropriate findings of fact and conclusions of law and cause them to be included in a clerk's record; (3) cause the hearing to be transcribed and included in a reporter's record; and (4) have these records forwarded to the Clerk of this Court within thirty days from the date of this order.   If the trial court requires additional time to comply, the trial court should so notify the Clerk of this Court.

It is so ORDERED.

PER CURIAM

Delivered and filed the
26th day of September, 2013.

2